UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, NJ 08360
P: 856-696-8300
F: 856-696-3586
mylawyer7@aol.com

**Order Filed on April 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jose A Garcia

| | |
|---|---|
| Case No.: | 17-29515 |
| Chapter: | 13 |
| Judge: | ABA |

## ORDER AUTHORIZING RETENTION OF

Lee M. Perlman, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: April 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Lee M. Perlman, Esq._____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Lee M. Perlman, Esq.
   1926 Greentree Rd #100
   Cherry Hill, NJ 08003

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2