Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 17−29515−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Garcia
   2150 South Brighton Ave
   Clementon, NJ 08021

Social Security No.:
   xxx−xx−1122

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/28/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 28, 2018
JAN: bc

                                                                                     Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-29515-ABA
Jose A Garcia                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 28, 2018
                              Form ID: 148             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db             +Jose A Garcia,    2150 South Brighton Ave,    Clementon, NJ 08021-2507
cr             +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,    750 Third Avenue, Suite 923,
                 New York, NY 10017-2703
517087408       Cenlar,   PO Box 986,    Newark, NJ 07184-0986
517278076       Emergency Services of Oklahoma, PC,    PO Box 1123,    Minneapolis MN 55440-1123
517087412      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517087413       New Jersey Housing And Mortgage Finance,    20000 Horizon Way  Suite 900,
                 Attn Pluese Becker Saltzman,    Mt. Laurel, NJ 08054-4318
517128608      +New Jersey Housing And Mortgage Finance Agency,    KML Law Group, P.C.,
                 216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517293485      +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,   425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517087414       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517087415      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 23:03:17     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 23:03:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517087411       EDI: IRS.COM Sep 29 2018 02:53:00     Internal Revenue Service,   P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
517214788      +EDI: CAUT.COM Sep 29 2018 02:53:00     JPMorgan Chase Bank, N.A.,   PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517120707      +EDI: WABK.COM Sep 29 2018 02:53:00     World Finance Corp. c/o World Acceptance Corp.,
                 Attn: Bankruptcy Processing Center,    PO Box 6429,   Greenville, SC 29606-6429
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517087410*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    PO Box 724,   Springfield, NJ 07081)
517087409*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Sep 28, 2018
                              Form ID: 148               Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Lee Martin Perlman    on behalf of Debtor Jose A Garcia ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   New Jersey Housing And Mortgage Finance Agency rsolarz@kmllawgroup.com
          Seymour   Wasserstrum    on behalf of Debtor Jose A Garcia mylawyer7@aol.com,   ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 8

Case 17-29515-ABA    Doc 42    Filed 09/30/18    Entered 10/01/18 00:42:40    Desc Imaged
Certificate of Notice    Page 3 of 3